**Order filed, September 25, 2015.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

### NO. 01-15-00763-CR

### DONOVAN DWIGHT SIMMS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 230th District Court
### Harris County, Texas
### Trial Court Case 1056045

### ORDER

The reporter's record in this case was due August 8, 2015. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Trish Matthews, the official (or substitute) court reporter, to file the

record in this appeal, if any, **within 30 days** of the date of this order.


/s/ Michael Massengale

Acting individually